IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
BRIAN HENRY RITTER,         )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      3:24cv137-MHT
                            )          (WO)
SGT. OGLETREE, et al.,      )
                            )
     Defendants.            )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Lee County Detention Center, filed this lawsuit complaining about imposition of group punishment for the actions of individual inmates and other alleged abuses of power by the facility's staff.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute this case and follow a court order.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of July, 2024.

                                                      /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**